JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.A. (a minor, by and through his Guardian ad Litem, JESIKA SMITH)<br><br>Plaintiff,<br><br>v.<br><br>ORCUTT UNION SCHOOL DISTRICT<br><br>Defendant. | Case No: 2:21-cv-04741-RGK-MAA<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE [44]<br><br>Judge R. Gary Klausner |

Pursuant to stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed with prejudice.

IT IS SO ORDERED.

Date: __March 14__ 2022

_____
Honorable R. Gary Klausner,
District Court Judge